NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@trialnewport.com
James B. Hardin, Bar No. 205071
jhardin@trialnewport.com
Victoria C. Knowles, Bar No. 277231
vknowles@trialnewport.com
895 Dove Street, Suite 425
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469
Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELL BAYONNE, individually, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE COIN & BULLION RESERVE, INC. and DOES 1-10, Inclusive<br><br>Defendants. | Case No. 2:12-cv-04900-R-RZ<br><br>**ORDER RE REQUEST FOR VOLUNTARY DISMISSAL**<br><br>Complaint Filed: June 5, 2012 |

The Court, having considered the concurrently filed Request for Voluntary Dismissal filed by Plaintiff Danielle Bayonne on November 28, 2012, finds that this action should be dismissed with prejudice as to Plaintiff's claims and without prejudice to the class.

Dated: Nov. 29, 2012

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2012, I electronically filed the foregoing **PROPOSED ORDER RE REQUEST FOR VOLUNTARY DISMISSAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                     */s/Scott J. Ferrell*
                     Scott J. Ferrell